**Abatement Order filed November 16, 2017**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

**NO. 14-16-00959-CR**

_____

**ROBERT  HOCKO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 248th District Court
Harris County, Texas
Trial Court Cause No. 1486324**

---

## ABATEMENT ORDER

The State has filed a motion stating one of the prosecutors in the Harris County District Attorney's Office, Vivian King, represented appellant at trial. The State asks that we appoint a district attorney pro tem.

The Texas Rules of Appellate Procedure do not expressly authorize us to appoint counsel. Accordingly, we order the judge of the 248th District Court to immediately conduct a hearing at which appellant, counsel for appellant, and counsel

for the State shall be present to consider and rule on the State's request. The judge shall see that a record of the hearing is made, shall make any findings of fact and conclusions of law required by Tex. Code Crim. Proc. Ann. art. 2.07, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions. Those records shall be filed with the clerk of this court by **December 18, 2017**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the requested records are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM